ACCEPTED
01-14-00138-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/19/2015 5:03:56 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00138-CV
_____

In the First Court of Appeals
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/19/2015 5:03:56 PM
CHRISTOPHER A. PRINE
Clerk

_____

**ROLANDO ACEVEDO, ET AL.,**

*Appellants,*

**v.**

**THE O'QUINN LAW FIRM, ET AL.,**

*Appellees.*

_____

On Appeal from the Probate Court Number 2,
Harris County, Texas
Cause No. 392,247-416

_____

**APPELLANTS' UNOPPOSED MOTION TO DISMISS**

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants, Rolando Acevedo, et al., respectfully file this Appellants' Unopposed Motion to Dismiss as a result of a settlement agreement between the parties of this appeal.

1. This case is pending in this Court. The Clerk's Record has been on file since August 6, 2014.

2. Appellants' brief was originally due September 6, 2014.

3. The parties have been involved in settlement negotiations, which have been fruitful. The clients have been contacted to seek their agreement to a global settlement. Appellants asked for and received an abatement from the Court of Appeals.

4. As requested by the Court, Appellants have provided status reports to the Court on a regular basis.

5. The Court has graciously extended the abatement of this appeal until June 20, 2015 so that counsel for Appellants could have time to obtain approval for the settlements from Appellants.

6. Counsel has now confirmed Appellants' agreement to the settlement, thus, the abatement and appeal is no longer necessary.

7. Therefore, Appellants no longer wish to prosecute this appeal and ask this Court to dismiss this appeal.

Respectfully submitted,

/s/Lance Christopher Kassab
Lance Christopher Kassab
State Bar No. 00794070
lck@texaslegalmalpractice.com
David Eric Kassab
State Bar No. 24071351
dek@texaslegalmalpractice.com
1420 Alabama
Houston, Texas 77004
Telephone: 713.522.7400

2

Facsimile: 713.522.7410
**Attorneys for Appellants**

## CERTIFICATE OF CONFERENCE

I have conferred with Dale Jefferson, one of the attorneys for Appellees, and he is unopposed to this motion.

/s/Lance Christopher Kassab
Lance Christopher Kassab

**CERTIFICATE OF SERVICE**

On June 19, 2015, I electronically filed this Unopposed Motion to Abate Appeal Pending Settlement Approval with the Clerk of Court using the eFile.TX.gov electronic filing system which will send notification of such filing to the following (except where alternate service is otherwise noted):

Jim Peacock
LAW OFFICES OF JIM PEACOCK
112 East 4th Street
Houston, Texas 77007
jimpeacock@msn.com

Dale Jefferson
MARTIN DISIERE JEFFERSON &
WISDOM LLP
808 Travis, Suite 1800
Houston, Texas 77002
jefferson@mdjwlaw.com

/s/Lance Christopher Kassab
Lance Christopher Kassab

4